**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., | ) | |
| a Chinese Limited Corporation | ) | Case: |
| | ) | |
| Plaintiff, | ) | Judge: |
| | ) | |
| v. | ) | Mag. |
| | ) | |
| The Partnerships And | ) | |
| Unincorporated Associations | ) | |
| Identified On Schedule "A" | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT ONE**
**COPYRIGHT REGISTRATION**

**Registration #:** VA0002270357
**Service Request #:** 1-10744057851



Ford Banister IP
Larry Ford Banister II
305 Broadway, Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-270-357

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 07, 2021

---

## Title
_____

**Title of Work:** Hollow Halloween Design Spider AE2127

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** July 26, 2019
**Nation of 1st Publication:** China

## Author
_____

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant
_____

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions
_____

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway
Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes

**Registration #:**   VA0002270532
**Service Request #:**   1-10744058027



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-270-532

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 08, 2021

## Title

**Title of Work:** Hollow Halloween Design Ghost Hand  AE2129

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** July 27, 2019
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
**Author Created:** jewelry design
**Work made for hire:** Yes
**Citizen of:** China
**Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway
Floor 7
New York, NY 10007 United States

## Certification

     **Name:** Larry Ford Banister II
     **Date:** August 22, 2021

    **Correspondence:** Yes

**Registration #:** VA0002270548
**Service Request #:** 1-10755668551



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-548

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title

**Title of Work:**   Hollow Halloween Design Cat and Bat  AE2157

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   August 05, 2019
**Nation of 1st Publication:**   China

## Author

- **Author:**   YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:**   jewelry design
  **Work made for hire:**   Yes
  **Citizen of:**   China
  **Domiciled in:**   China

## Copyright Claimant

**Copyright Claimant:**   YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:**   Ford Banister IP
**Name:**   Larry Ford Banister II
**Email:**   ford@fordbanister.com
**Telephone:**   (212)500-3268
**Address:**   305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes

**Registration #:** VA0002270545
**Service Request #:** 1-10755669332



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-270-545

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

## Title

**Title of Work:**   Hollow Halloween Design Pumpkin  AE2168

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 10, 2019
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

          **Name:**   Larry Ford Banister II
          **Date:**   August 22, 2021

        **Correspondence:**   Yes

**Registration #:** VA0002270544
**Service Request #:** 1-10755669355



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-544

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title

**Title of Work:** Hollow Halloween Design Witch with Skull  AE2169

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 10, 2019
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway, Floor 7
New York, NY 10007 United States

Page 1 of 2

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes

**Registration #:** VA0002270547
**Service Request #:** 1-10755669398



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-547

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title

**Title of Work:**  Hollow Halloween Design Spider AE2197

## Completion/Publication

**Year of Completion:**  2019
**Date of 1st Publication:**  August 15, 2019
**Nation of 1st Publication:**  China

## Author

- **Author:**  YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:**  jewelry design
  **Work made for hire:**  Yes
  **Citizen of:**  China
  **Domiciled in:**  China

## Copyright Claimant

**Copyright Claimant:**  YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:**  Ford Banister IP
**Name:**  Larry Ford Banister II
**Email:**  ford@fordbanister.com
**Telephone:**  (212)500-3268
**Address:**  305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes

**Registration #:** VA0002270546
**Service Request #:** 1-10755720051



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-270-546**

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title

**Title of Work:** Hollow Halloween Design Moon Bat  AE2209

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 17, 2019
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO.,LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO.,LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET, YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes

**Registration #:** VA0002265759
**Service Request #:** 1-10755720074



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-265-759

**Effective Date of Registration:**
August 23, 2021
**Registration Decision Date:**
September 07, 2021

## Title

**Title of Work:** Hollow Halloween Design Skull  AE2210

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 17, 2019
**Nation of 1st Publication:** China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:** jewelry design
  **Work made for hire:** Yes
  **Citizen of:** China
  **Domiciled in:** China

## Copyright Claimant

**Copyright Claimant:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:** Ford Banister IP
**Name:** Larry Ford Banister II
**Email:** ford@fordbanister.com
**Telephone:** (212)500-3268
**Address:** 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 23, 2021