UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., A CHINESE LIMITED CORPORATION<br><br>                Plaintiff,<br><br>     v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>                Defendant. | Case No.: 24-cv-08704<br><br>Judge Jorge Lindsay C. Jenkins<br><br>Magistrate Judge Beth W. Jantz |

## DEFENDANT Qumao Commerce Co., Ltd ANSWERS TO COMPLAINT

Defendant Qumao Commerce Co., Ltd ("Defendant") hereby answers and asserts the affirmative defenses to Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd.'s ("Plaintiff") Complaint [Dkt. 1] as follows:

## SUBJECT MATTER JURISDICTION

1. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

## PERSONAL JURISDICTIONS

2. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

3. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

4. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

**VENUE**

5. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

6. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

7. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

**INTRODUCTION**

8. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

9. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

10. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

11. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

**THE PLAINTIFF**

12. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

13. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

14. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

15. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

16. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

17. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

18. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

19. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

20. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

21. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

22. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

## THE DEFENDANT

23. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

24. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

25. This paragraph contains legal conclusions to which no response is required. To the extent a response is required for the remaining allegations in this paragraph, Defendant admits that

they are business entities formed and validly existing in the People's Republic of China. Defendant denies the remainder allegations in this paragraph.

26. Denied. Defendants do not sell or offer to sell unauthorized and unlicensed products.

27. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

28. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

29. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

30. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

31. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

32. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

33. Denied. Defendants do not sell or offer to sell unauthorized and unlicensed products.

34. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

35. Denied. Defendants do not sell or offer to sell unauthorized and unlicensed products.

### THE DEFENDANT'S UNLAWFUL CONDUCT

36. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

37. Denied. Defendant does not sell or offer to sell unauthorized and unlicensed products.

38. Denied. Defendant does not use unauthorized and unlicensed works.

39. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

40. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

41. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

42. Defendant lacks sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

43. Denied. Defendant does not use unauthorized and unlicensed works.

44. Denied. Defendant dose not use unauthorized and unlicensed works.

## COUNT ONE:

## COPYRIGHT INFRINGEMENT

## PURSUANT TO 17 U.S.C §101 ET SEQ.

45. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

46. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

47. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

48. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

49. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

50. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

51. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

52. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

53. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

54. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

55. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

56. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

57. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

58. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

59. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any of the relief requested in the Complaint. Defendant is not infringing on Plaintiff's copyright.

## DEMAND FOR JURY TRIAL

Defendant demands a trial by jury on all issues so triable.

## DEFENDANT'S AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant further answers and asserts the following affirmative defenses to the Complaint:

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief can be granted. Defendant does not sell unauthorized and unlicensed products or otherwise sell any products that infringe on Plaintiff's.

### SECOND AFFIRMATIVE DEFENSE
### (Innocent Infringement)

The claims made in the Complaint are barred, in whole or in part, because the alleged infringement, if any at all by Defendant, was innocent.

### THIRD AFFIRMATIVE DEFENSE
### (Laches)

Plaintiff's claims are barred by laches, in that Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite its full awareness of Defendant's actions.

### FOURTH AFFIRMATIVE DEFENSE
### (Non-Infringement)

Defendant has not infringed any applicable copyright under federal or state law.

### FIFTH AFFIRMATIVE DEFENSE
### (No Causation)

Plaintiff's claims against Defendant are barred because Plaintiff's damages, if any, were not caused by Defendant.

### SIXTH AFFIRMATIVE DEFENSE
### (No Damages)

Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Defendant in the Complaint, and the relief prayed for by Plaintiff in the Complaint therefore cannot be granted.

## SEVENTH AFFIRMATIVE DEFENSE
**(Unclean Hands)**

Plaintiff's claims are barred by the doctrine of unclean hands.

## EIGHTH AFFIRMATIVE DEFENSE
**(Lacks of Irreparable Harm)**

Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show that it will suffer any irreparable harm from Defendant's actions.

## ADDITIONAL DEFENSES AND RESERVATION OF RIGHTS

Defendant reserves the right to assert additional affirmative defences based upon information that it may learn or obtain during discovery.

## PRAYER FOR RELIEF

**WHEREFORE**, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by way of its Complaint;

2. That the Complaint, and each and every purported claim for relief therein, be dismissed with prejudice;

3. That Defendant be awarded its costs of suit incurred herein, including attorney's fees and costs; and

4. For such other and further relief that this Court may deem just and proper.

Dated: December 10th, 2024    Respectfully submitted,

*/s/ Sydney Ni Xue*

Sydney Ni Xue
Kemet Law Group
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Tel: +86 135 6406 1579
Email: nixuesydney@gmail.com,
ni@kemetlawgroup.com.

*Attorney for Defendant*