UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YIWU BAIMEI ELECTRONIC COMMERCE CO., LTD., A CHINESE LIMITED CORPORATION<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>　　　　　　Defendant. | Case No.: 24-cv-08704<br><br>Judge Jorge Lindsay C. Jenkins<br><br>Magistrate Judge Beth W. Jantz |

## **DEFENDANTS tbna, Haolei, MyBosreroy, chun xuan, Weloveushop, INENIMARTJ DIRECT AND Chen Ming - Jewelry ANSWER TO COMPLAINT**

Defendants Maimaibo tbna, Haolei, Qumao Commerce Co., Ltd, MyBosreroy, chun xuan, Weloveushop, INENIMARTJ DIRECT AND Chen Ming - Jewelry ("Defendants") hereby answer and assert the affirmative defenses to Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd.'s ("Plaintiff") Complaint [Dkt. 1] as follows:

### **SUBJECT MATTER JURISDICTION**

1.　　This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

### **PERSONAL JURISDICTIONS**

2.　　This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

3.　　This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

4. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

**VENUE**

5. This paragraph contains legal conclusions to which no response is required. To the extent, that a response is required to the remainder allegations in this paragraph, Denied.

6. This paragraph contains legal conclusions to which no response is required. To the extent, that a response is required to the remainder allegations in this paragraph, Denied.

7. This paragraph contains legal conclusions to which no response is required. To the extent, that a response is required to the remainder allegations in this paragraph, Denied.

**INTRODUCTION**

8. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

9. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

10. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

11. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

**THE PLAINTIFF**

12. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

13. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

14. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

15. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

16. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

17. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

18. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

19. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

20. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

21. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

22. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

**THE DEFENDANTS**

23. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

24. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

25. This paragraph contains legal conclusions to which no response is required. To the extent a response is required for the remaining allegations in this paragraph, Defendants admit that they are business entities formed and validly existing in the People's Republic of China. Defendants deny the remainder allegations in this paragraph.

26. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

27. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

28. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

29. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them..

30. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

31. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

32. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

33. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

34. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

35. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

## THE DEFENDANTS' UNLAWFUL CONDUCT

36. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

37. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

38. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

39. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

40. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

41. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

42. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

43. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

44. Defendants lack sufficient information to admit or deny the allegations in this paragraph as they apply to Plaintiff's actions and therefore deny them.

## COUNT ONE:

## COPYRIGHT INFRINGEMENT

## PURSUANT TO 17 U.S.C §101 ET SEQ.

45. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

46. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

47. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

48. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

49. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

50. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

51. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

52. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

53. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

54. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

55. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

56. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

57. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

58. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

59. This paragraph contains legal conclusions to which no response is required. To the extent a further response is required, Denied.

**PRAYER FOR RELIEF**

Defendants deny that Plaintiff is entitled to any of the relief requested in the Complaint.

**DEMAND FOR JURY TRIAL**

Defendants demand a trial by jury on all issues so triable.

**DEFENDANT'S AFFIRMATIVE DEFENSES TO COMPLAINT**

Defendants further answer and assert the following affirmative defenses to the Complaint:

**FIRST AFFIRMATIVE DEFENSE
(Failure to State a Claim)**

The Complaint fails to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE
(Innocent Infringement)**

The claims made in the Complaint are barred, in whole or in part, because the alleged infringement, if any at all by Defendant, was innocent.

**THIRD AFFIRMATIVE DEFENSE
(Laches)**

Plaintiff's claims are barred by laches, in that Plaintiff has unreasonably delayed efforts to enforce its rights, if any, despite its full awareness of Defendant's actions.

**FOURTH AFFIRMATIVE DEFENSE
(No Causation)**

Plaintiff's claims against Defendants are barred because Plaintiff's damages, if any, were not caused by Defendant.

**FIFTH AFFIRMATIVE DEFENSE
(No Damages)**

Without admitting that the Complaint states a claim, there has been no damage in any amount, manner, or at all by reason of any act alleged against Defendants in the Complaint, and the relief prayed for by Plaintiff in the Complaint therefore cannot be granted.

### SIXTH AFFIRMATIVE DEFENSE
**(Unclean Hands)**

Plaintiff's claims are barred by the doctrine of unclean hands.

### SEVENTH AFFIRMATIVE DEFENSE
**(Lack of Irreparable Harm)**

Plaintiff's claims for injunctive relief are barred because Plaintiff cannot show that it will suffer any irreparable harm from Defendants' actions.

### ADDITIONAL DEFENSES AND RESERVATION OF RIGHTS

Defendants reserve the right to assert additional affirmative defenses based upon information that it may learn or obtain during discovery.

### PRAYER FOR RELIEF

**WHEREFORE**, Defendants pray for judgment as follows:

1. That Plaintiff takes nothing by way of its Complaint;

2. That the Complaint, and each and every purported claim for relief therein, be dismissed with prejudice;

3. That Defendants be awarded its costs of suit incurred herein, including attorney's fees and costs; and

4. For such other and further relief that this Court may deem just and proper.

Dated: December 10th, 2024                     Respectfully submitted,

                                                               */s/ Sydney Ni Xue*

                                                               Sydney Ni Xue

Kemet Law Group
1825 NW Corporate Blvd., Suite 110
Boca Raton, FL 33431
Tel: +86 135 6406 1579
Email: <nixuesydney@gmail.com>,
    <ni@kemetlawgroup.com>.

*Attorney for Defendants*