IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Yiwu Baimei Electronic Commerce Co., Ltd., ) | | |
| a Chinese Limited Corporation ) | Case: 24-cv-08704 | |
| ) | | |
| Plaintiff, ) | Judge: Lindsay C. Jenkins | |
| ) | | |
| v. ) | Mag. Judge: Beth W. Jantz | |
| ) | | |
| The Partnerships And ) | | |
| Unincorporated Associations ) | | |
| Identified On Schedule "A" ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE 26(f) REPORT**

COMES NOW, Plaintiff Yiwu Baimei Electronic Commerce Co., Ltd. ("Plaintiff" or "Baimei"), by and through the undersigned counsel, and seeks to extend the time to file a 26(f) Report pursuant to Court Order (D.E. 151). Specifically, Plaintiff seeks an additional <u>seven days[1], or until January 23, 2024, to file a 26(f) Report</u>. In support of its request, Plaintiff states as follows:

1. Plaintiff filed its Complaint on September 20, 2024. [D.E. 1].

2. On October 28, 2024, Plaintiff served the Summons on Select Defendants. [D.E. 25-30].

3. On December 30, 2024, this Court entered an Order requiring the parties to file a 26(f) Report by January 16, 2024. [D.E. 151].

4. At this time, there are approximately six separate Defendant groups.

---

[1] Dr. Martin Luther King, Jr., Day, a federally observed holiday, falls during this period of time.

5. Most recently, this Court has required a responsive deadline for one group of Defendants by February 16, 2025. [D.E. 174]

6. Plaintiff has circulated a draft of a 26(f) Report among the numerous parties, however additional time is required to finalize a report for filing.

WHEREFORE, Plaintiff respectfully requests for this Court to permit a seven day extension of time to file a 26(f) Report pursuant to Court Order [D.E. 151].

### PRAYER FOR RELIEF

Wherefore, Plaintiff respectfully requests that the Court grant the following relief:

1) That a three day extension of time to file a 26(f) Report be granted;

2) Any further and additional relief that the Court deems necessary and appropriate.

Respectfully submitted this 16th day of January 2025.

/s/ Lydia Pittaway
Bar No. 0044790
Ford Banister LLC
305 Broadway - Floor 7
New York, NY 10007
Telephone: 212-500-3268
Email: lpittaway@fordbanister.com
*Attorney for Plaintiff*