UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd., a
Chinese Limited Corporation

                        Plaintiff,

v.                                               Case No.:
                                               1:24−cv−08704

                                               Honorable Lindsay C.
                                             Jenkins

The Partnerships And Unincorporated Associations
Identified On Schedule A, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, January 27, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins:Plaintiff's response to Highven and Amolela's motion to dismiss [184] due on February 5, 2025 should also address these Defendants' motion to modify the asset restraint [195]. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.