# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd., a
Chinese Limited Corporation

                                    Plaintiff,

v.                                            Case No.:
                                          1:24−cv−08704

                                          Honorable Lindsay C. Jenkins

The Partnerships And Unincorporated Associations
Identified On Schedule A, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2025:

       MINUTE entry before the Honorable Lindsay C. Jenkins: The motion by Defendants CHENGBEI, DAYKABENGSY, Hefengxianx−ianghuixinwujinyouxiangongsi, JIAJUGUIFU, JIANYAXUAN, ligtyer, Lusbees, MENGSHI, MMyuds, taoshengyuanshangyemaoyiyouxiangongsi, WUGOCa, xingfengshangm−aoyouxiangongsi, Yeahkoty, ZHENXI, zhongdengwen, zhuyuanyurunfushi, ZKWLXS, zzaqy, ABALAX (f.k.a. BALAX), Asjcj, and babyHUIH [142] is granted. These Defendants are dismissed for lack of jurisdiction. The clerk shall terminate these Defendants from the case. The dismissal is without prejudice so Plaintiff may refile its claims against the dismissed Defendants should facts sufficient to confer jurisdiction come to light. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.