UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd., a
Chinese Limited Corporation

        Plaintiff,

v.        Case No.: 1:24−cv−08704

        Honorable Lindsay C. Jenkins

The Partnerships And Unincorporated Associations
Identified On Schedule A, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 10, 2025:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant Amolela and Highven's response to the second motion to strike its counterclaims and affirmative defenses is due by June 24, 2025. Any reply is due by July 1, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.