UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Yiwu Baimei Electronic Commerce Co., Ltd., a
Chinese Limited Corporation

          Plaintiff,

v.

          Case No.: 1:24−cv−08704

          Honorable Lindsay C. Jenkins

The Partnerships And Unincorporated Associations
Identified On Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motions to strike and dismiss [310] and [311] are denied as moot in light of Defendants Amolela, Highven's third amended complaint. Plaintiff's third amended answer is due by July 11, 2025. As previously ordered, all fact discovery shall be noticed in time for completion by October 15, 2025, and a global joint status report as to the progress of all fact discovery remains due by October 1, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.